**Order entered May 9, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00206-CV

### EAGLE REMODEL LLC, Appellant

### V.

### CAPITAL ONE FINANCIAL CORPORATION
### D/B/A CAPITAL ONE BANK, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-02277**

### ORDER

Court reporter Gina Udall filed a six-volume reporter's record on May 6, 2022. On the same date, Ms. Udall filed a letter asking the Court to disregard the April 21, 2022 reporter's record filed by court reporter Samantha Falcone as it is duplicate of volume six filed by Ms. Udall. To avoid duplication, we **STRIKE** the reporter's record filed on April 21.

Appellant's brief on the merits is due **June 6, 2022**.

/s/     BONNIE LEE GOLDSTEIN
            JUSTICE